```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/9/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                     Government,

- against -

CARLOS ALBERTO LOPEZ,
                     Defendant(s).
------------------------------------------------------------x

08 Cr 560 (RMB)

**ORDER**

For the reasons stated on the record today and on the consent of all the parties, Probation's application for an early termination of supervised release is granted. See Transcript of proceedings held on March 9, 2020 for a complete record.

Dated: New York, New York
       March 9, 2020

_____
**RICHARD M. BERMAN**
**U.S.D.J.**

To acknowledge fulfillment of the terms and conditions of
supervised release by Carlos Alberto Lopez
the Court hereby recognizes his hard work and dedication
by terminating further supervised release obligations
28 months early.
Congratulations for a job well done.

March 9, 2020

*Richard M. Berman*
Richard M. Berman
U.S. District Judge